## DAVIS *v.* THE STATE.

LAMAR, J. The only error assigned is the failure of the judge to direct a verdict in favor of the defendant. But as this court will never overrule as erroneous the refusal of the trial judge to give such direction to a case, the judgment must be affirmed. *McCoy* v. *State*, 15 *Ga.* 205; *W. & A. R. Co.* v. *Callaway*, 111 *Ga.* 889. *Judgment affirmed. All the Justices concur.*

Submitted June 20, — Decided July 12, 1904.

Indictment for larceny from the house. Before Judge Roan. Fulton superior court. April 27, 1904.

*F. R. Walker* and *S. C. Crane*, for plaintiff in error.
*C. D. Hill, solicitor-general*, contra.